**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

DAVID REM, Civil No. 00-2151 (RHK/SRN)

Petitioner,

vs.

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

UNITED STATES BUREAU OF PRISONS,

Respondent.

---

Petitioner David Rem has filed a "Motion For Reconsideration For Expedited Review." Rem in his original "Motion For Expedited Review" alleged that the statutory notification requirement he challenges in this case would apply to him when he transferred to another facility in November 2000. Respondent United States Bureau of Prisons ("the BOP") in response to Rem's motion alleged that the notification requirement in fact would not apply until May 2001, when Rem is scheduled to begin his term of supervised release. The Court denied Rem's motion, which the Court treated as a motion for a preliminary injunction or temporary restraining order, because Rem had not shown that the BOP's actions would cause him irreparable harm prior to May 2001.

Rem in his "Motion For Reconsideration" alleges that he at present is eligible for transfer to home confinement and that he has not elected such a transfer because that action would subject him to the notification requirement. Furthermore, Rem alleges that the BOP at any time may force him to choose between home confinement, which would subject him to the notification requirement, and returning to prison, which would have the effect of waiving Rem's early release and subjecting Rem to an additional year of incarceration. Those facts, if true, may entitle Rem to the relief denied in Rem's original motion.

Based on the foregoing, and all the files, records, and proceedings herein,

FILED FEB 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**IT IS HEREBY ORDERED THAT** Respondent United States Bureau of Prisons shall file a response to Petitioner David Rem's "Motion for Reconsideration For Expedited Review" on or before March 1, 2001. That response shall address the new factual allegations in Petitioner's Motion in light of the applicable law and shall include any additional materials as may be required to address the issues raised in that Motion.

Dated: February 22, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge