# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Rem

Case No. Civil 00-2151 RHK/SRN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

United States Bureau of Prisons

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's objections are overruled. The Report and Recommendation is adopted. Respondent's motion is dismiss which the court treats as a motion for summary judgment is granted. Petitioner's motion for summary judgment is denied in all respects. Petitioner's motion for reconsideration for expedited review which the court treats as a motion for a preliminary injunction is denied. This action is dismissed with prejudice and judgment shall be entered in favor of the Respondent.

DATE: March 29, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

(49)